**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CHILDREN'S HOSPITAL CORPORATION d/b/a BOSTON CHILDREN'S HOSPITAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HIS ROYAL HIGHNESS PRINCE ABDELILAH BIN ABDELAZIZ BIN ABDULRAHMAN AL FAISAL AL SAUD OF SAUDI ARABIA AND DR. HAMDY DAWOUD,<br><br>　　　　　Defendants. | C.A. No. 1:19-cv-10679-IT |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiff Children's Hospital Corporation d/b/a Boston Children's Hospital, and Defendants His Royal Highness Prince Abdelilah bin Abdelaziz bin Abdulrahman Al Faisal Al Saud of Saudi Arabia and Dr. Hamdy Dawoud hereby stipulate to the dismissal with prejudice of this action.  Each party shall bear its own costs and attorney's fees.  This stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument, and facsimile and PDF signatures shall have the same force and effect as original signatures.

Respectfully submitted,

| | |
|---|---|
| By: /s/ John H. Brazilian<br>John H. Brazilian (BBO # 054980)<br>Thomas J. Butters (BBO # 068260)<br>Alec S. Pine (BBO # 692636)<br>BUTTERS BRAZILIAN LLP<br>699 Boylston Street, 12th Floor<br>Boston, MA 02116<br>Tel.: (617) 367-2600<br>Fax: (617) 367-1363<br>brazilian@buttersbrazilian.com<br>butters@buttersbrazilian.com<br>pine@buttersbrazilian.com<br>*Attorneys for Defendants* | By: /s/ Daniel V. Ward<br>Jane E. Willis (BBO # 568024)<br>Daniel V. Ward (BBO # 667158)<br>Deanna Barkett FitzGerald (BBO # 679737)<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Tel: (617) 951-7000<br>Fax: (617) 951-7050<br>daniel.ward@ropesgray.com<br>jane.willis@ropesgray.com<br>deanna.fitzgerald@ropesgray.com<br>*Attorneys for Plaintiff* |

Dated: April 10, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed today, April 10, 2020, through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Daniel V. Ward
Daniel V. Ward